819 F.2d 943
 125 L.R.R.M. (BNA) 3110, 107 Lab.Cas. P 10,099
 Berry GALLON, Plaintiff-Appellant,
v.
LEVIN METALS CORPORATION, et al., Defendants-Appellees.
Robert E. HANSTEN, Plaintiff-Appellant,
v.
UNITED AIRLINES, INC., et al., Defendants-Appellees.
 Nos. 85-1769, 85-1814.
 United States Court of Appeals,
Ninth Circuit.
 June 16, 1987.
 
 Before WALLACE, ANDERSON and PREGERSON, Circuit Judges.
 
 ORDER
 
 1
 Pursuant to an order by the United States Supreme Court dated April 20, 1987, --- U.S. ----, 107 S.Ct. 1881, 95 L.Ed.2d 489, the judgment of this court filed on January 7, 1986, is vacated and the case is remanded to the United States District Court for further proceedings in light of West v. Conrail, --- U.S. ----, 107 S.Ct. 1538, 95 L.Ed.2d 32.